AO-91 (Rev. 8/01) Criminal Complaint

Felony

United States District Court
Southern District of Texas
FILED

AUG - 3 2010

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

BLANCO-Flores, Luis Alberto

**CRIMINAL COMPLAINT**

Case Number: B-10-1051-mJ

I, Jacob D. Moya, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about **August 2, 2010** (Date) in **Cameron** County, in the **Southern** District of **Texas** Defendant(s) did,

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found in Brownsville, Texas, within the Southern District of Texas, the Attorney General of the United States (prior to March 1, 2003) and/or the Secretary of Homeland Security (March 1, 2003 and thereafter) for reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a) & 1326(b)**.

I further state that I am a(n) **Special Agent** (Official Title) And that this complaint is based on the following facts:

Furthermore, Luis Alberto BLANCO-Flores was apprehended on August 2, 2010. After a brief interview it was determined that BLANCO-Flores was an illegal alien from Mexico and consequently placed under arrest. Further investigation revealed that BLANCO-Flores is a citizen of Mexico and was previously deported from the United States on September 16, 2003. There is no record that BLANCO-Flores has applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Jacob D. Moya
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 3, 2010           at   Brownsville, Texas
Date                          City and State

U.S. Magistrate Judge, Ronald G. Morgan
Name and Title of Judicial Officer

Signature of Judicial Officer